EXHIBIT 1

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

| | | |
|---|---|---|
| Eugene Allan, Deborah F. Allan, Keith Landen, Matthew J. Cavendish, and Traci Cavendish, on behalf of themselves and others similarly situated, | ) ) ) ) ) | |
| | ) | Case No. 2:10-cv-14046 |
| | ) | |
| Plaintiffs, | ) | Hon. Steven J. Murphy, III |
| vs. | ) | |
| | ) | Magistrate Judge R. Steven Whalen |
| | ) | |
| Realcomp II, Ltd., a Michigan Profit Corporation, *et al.* | ) ) | |
| | ) | |
| Defendants | ) | |

## DECLARATION OF BRIAN D. PENNY IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES INCURRED AND FOR PAYMENT OF REPRESENTATIVE AWARD

I, Brian D. Penny, declare and state as follows:

1.      I am a partner in the law firm of Goldman Scarlato Karon & Penny, P.C. I submit this declaration in support of Plaintiffs' and Class Counsel's motion for an award of attorneys' fees and reimbursement of expenses in connection with services rendered and expenses incurred by the four law firms representing plaintiffs in this litigation.

2.      My firm has acted as Co-Lead Counsel on this case and has lead Class Counsel's efforts in litigating this case diligently and efficiently

throughout. A non-exhaustive list of Class Counsel's activities in this case include the following:

- Extensive pre and post-filing research on the real estate industry, including numerous commission rate studies and statistical analyses;

- Researching and drafting the initial complaint;

- Negotiating and drafting the stipulated case management order and amendments thereto;

- Participating in case management conferences;

- Negotiating and drafting the stipulated protective order and the amendment thereto;

- Researching and drafting the opposition to the Board Defendants' Motion to Dismiss;

- Drafting and serving discovery requests and discovery responses and objections;

- Reviewing and analyzing records of Realcomp's Multiple Listing Service ("MLS") board of directors, MLS policies and procedures, and data and closing documents for thousands of real estate transactions;

- Extensive work with Plaintiffs' economic and industry experts, including preparing for and defending the deposition of Plaintiffs' experts;

- Preparing for and taking the depositions of Defendants' economic expert;

- Researching and drafting Plaintiffs' motion for class certification and the reply to Defendants' opposition to that motion;

- Researching and drafting the opposition to Defendants' Motions for Summary Judgment and/or Judgment on the Pleadings;

- Researching and drafting the opposition to Defendants' Motion to Strike Plaintiffs' economic expert;

- Preparing Plaintiffs' mediation statements and materials for three formal mediations;

- Participating in three formal mediation sessions and several additional informal settlement conferences;

- Negotiating the settlement agreement and preparing the related documents;

- Retaining and working with a claims administrator to craft and execute a notice program and claims procedure; and

- Preparing the motions for preliminary and final approval of the settlement and the accompanying documents.

3.      The schedules attached as Exhibit A indicate the amount of time spent by Class Counsel who were involved in the work described above. The billing rates and lodestar calculations are all based on historical billing rates. The schedules were prepared from contemporaneous, daily time records regularly prepared and maintained by my firm and the other Class Counsel. The calculations also exclude routine clerical tasks unrelated to a specific activity. The hourly rates for the attorneys included in Exhibit A are the same as the usual and customary historical hourly rates charged for their services in similar complex class action matters. More detailed time records are available for inspection.

4.      Class Counsel spent a total of 4,231.60 hours on the work described above in this litigation through August 6, 2014.  Those hours do

not include time counsel spent in preparing this motion for fees and expenses. The total lodestar for Class Counsel at historical hourly rates is $1,782,801.50.

5.      Class Counsel's lodestar figures are based on the firm's historical billing rates, which do not include charges for expense items. Expense items are billed separately, and such charges are not duplicated in Class Counsel's billing rates.

6.      As also set forth in Exhibit A, from the inception of this litigation, Class Counsel have incurred a total of $300,771.71 (which includes $230,985.00 in expert costs) in expenses in connection with the performance of the work described in this declaration.

7.      These expenses are reflected on Class Counsel's books and records and are supported by bills, receipts, or invoices.[1] These books and records were prepared from expense vouchers, check records and other similar source materials and represent an accurate recordation of the expenses incurred.

8.      Additionally, by providing notice to the class and administering claims, the Claims Administrator has incurred total expenses of $137,639.45

---

[1] Note that the bill from Advanced Analytical for Dr. Russell Lamb's work on this case reflects total billings of $331,664.86. Class Counsel was able to negotiate this bill down to $225,000.00 for the Class.

to date which have been paid from the Settlement Fund.  Those invoices are attached separately as Exhibit B. Once the claims administration process is complete, the Claims Administrator will seek any further expenses that are incurred hereafter. The Claims Administrator anticipates future expenses of approximately $35,000.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 6th day August, 2014 in Wayne, Pennsylvania.

_____s/ Brian D. Penny_____
Brian D. Penny

Exhibit A

Goldman Scarlato Karon & Penny, P.C.

Allen v. Realcomp II Ltd.

Time Summary

Inception through August 6, 2014

| Attorney | Hourly Rate | Cumulative Hours | Cumulative Lodestar | |
|---|---|---|---|---|
| Mark S. Goldman (P) | $650 | 6.70 | $ | 4,355.00 |
| Paul J. Scarlato (P) | $690 | 6.00 | $ | 4,140.00 |
| Daniel R. Karon (P) | $595 | 57.90 | $ | 34,450.50 |
| Daniel R. Karon (P) | $615 | 9.40 | $ | 5,781.00 |
| Daniel R. Karon (P) | $650 | 37.80 | $ | 24,570.00 |
| Daniel R. Karon (P) | $680 | 3.10 | $ | 2,108.00 |
| Daniel R. Karon (P) | $690 | 0.30 | $ | 207.00 |
| Brian D. Penny (P) | $500 | 0.60 | $ | 300.00 |
| Brian D. Penny (P) | $525 | 129.90 | $ | 68,197.50 |
| Brian D. Penny (P) | $595 | 761.40 | $ | 453,033.00 |
| Brian D. Penny (P) | $650 | 145.10 | $ | 94,315.00 |
| Brian D. Penny (P) | $660 | 57.40 | $ | 37,884.00 |
| Laura K. Mummert (A) | $450 | 15.70 | $ | 7,065.00 |
| Laura K. Mummert (A) | $475 | 118.90 | $ | 56,477.50 |
| Laura K. Mummert (A) | $485 | 48.10 | $ | 23,328.50 |
| Laura K. Mummert (A) | $515 | 1.00 | $ | 515.00 |
| Douglas J. Bench (A) | $360 | 321.20 | $ | 115,632.00 |
| Douglas J. Bench (A) | $385 | 17.30 | $ | 6,660.50 |
| Douglas J. Bench (A) | $395 | 14.10 | $ | 5,569.50 |
| Robert W. Biela (A) | $350 | 1.50 | $ | 525.00 |
| | | | | |
| **Total** | | **1753.40** | **$** | **945,114.00** |

| | | | | |
|---|---|---|---|---|
| 8/5/2014 | | Goldman Scarlato Karon & Penny, P.C. | | |
| 11:41 AM | | Expense Report | | Page    1 |

---

Selection Criteria

---

| | | |
|---|---|---|
| Slip.Classification | Open | |
| Clie.Selection | Include: Detroit MLS | |
| Slip.Transaction Dat | Earliest - 8/19/2014 | |
| Slip.Slip Type | Expense | |

---

| Client | Attorney | Date | Description | Value |
|---|---|---|---|---|
| **Activity: Assessment** | | | | |
| Detroit MLS | GSKP, P.C. | 8/16/2012 | Assessment - Initial assessment - $5,000 to Patrick Lashinsky on 8/13/12 - The balance of $30,573 into litigation fund on 8/16/12 | $35,573.00 |
| Total: Assessment | | | | |
| | | | | $35,573.00 |
| | | | | |
| **Activity: Computer/Lexis** | | | | |
| Detroit MLS | GSKP, P.C. | 10/31/2010 | Lexis Nexis charges for the month of October 2010 | $72.12 |
| Detroit MLS | GSKP, P.C. | 1/31/2011 | Lexis Nexis charges for the month of January 2011 | $713.51 |
| Detroit MLS | GSKP, P.C. | 4/30/2011 | Lexis Nexis charges for April 2011 | $1.14 |
| Detroit MLS | GSKP, P.C. | 5/31/2011 | Lexis Nexis charges for the month of May 2011 | $119.73 |
| Detroit MLS | GSKP, P.C. | 6/30/2011 | Lexis Nexis charges for the month of June 2011 | $20.27 |
| Detroit MLS | GSKP, P.C. | 9/30/2011 | Lexis Nexis charges for the month of September 2011 | $5.25 |
| Detroit MLS | GSKP, P.C. | 12/31/2011 | Lexis Nexis charges for the month of December 2011 | $300.18 |
| Detroit MLS | GSKP, P.C. | 1/31/2012 | Lexis Nexis charges for the month of January 2012 | $33.27 |
| Detroit MLS | GSKP, P.C. | 2/29/2012 | Lexis Nexis charges for the month of February 2012 | $6.04 |
| Detroit MLS | GSKP, P.C. | 6/30/2012 | Lexis Nexis charges for the month of June 2012 | $63.20 |
| Detroit MLS | GSKP, P.C. | 7/31/2012 | Lexis Nexis charges for the month of July 2012 | $75.14 |
| Detroit MLS | GSKP, P.C. | 8/31/2012 | Lexis Nexis charges for the month of August 2012 | $0.60 |
| Detroit MLS | GSKP, P.C. | 9/30/2012 | Lexis Nexis charges for the month of September 2012 | $118.19 |
| Detroit MLS | GSKP, P.C. | 10/31/2012 | Lexis Nexis charges for the month of October 2012 | $498.64 |
| Detroit MLS | GSKP, P.C. | 11/30/2012 | Lexis charges for November 2012 | $101.13 |
| Detroit MLS | GSKP, P.C. | 12/31/2012 | Lexis Nexis charges for the month of December 2012 | $306.28 |
| Detroit MLS | GSKP, P.C. | 1/31/2013 | Lexis Nexis charges for the month of January 2013 | $5.73 |
| Detroit MLS | GSKP, P.C. | 3/31/2013 | Lexis Nexis charges for the month of March 2013 | $2.01 |

8/5/2014                               Goldman Scarlato Karon & Penny, P.C.
11:41 AM                                        Expense Report                              Page        2

| Client | Attorney | Date | Description | Value |
|--------|----------|------|-------------|-------|
| Detroit MLS | GSKP, P.C. | 4/30/2013 | Lexis Nexis charges for the month of April 2013 | $2.73 |
| Detroit MLS | GSKP, P.C. | 5/31/2013 | Lexis Nexis charges for the month of May 2013 | $11.73 |
| Detroit MLS | GSKP, P.C. | 2/28/2014 | Lexis Nexis charges for the month of February 2014 | $0.48 |

Total: Computer/Lexis

$2,457.37

Activity: Delivery/Fedex

| Client | Attorney | Date | Description | Value |
|--------|----------|------|-------------|-------|
| Detroit MLS | GSKP, P.C. | 12/1/2011 | Reimburse client for UPS charge for shipping documents - 12/1/11 | $10.68 |
| Detroit MLS | GSKP, P.C. | 12/6/2011 | Delivery Costs - Fedex - Brian D. Penny, Esq. to counsel on 11/11/11 - Inv. 7-716-23589 | $97.52 |
| Detroit MLS | GSKP, P.C. | 12/6/2011 | Delivery Costs - Fedex - Brian D. Penny, Esq. to counsel on 11/21/11 - Inv. 7-716-23589 | $152.88 |
| Detroit MLS | GSKP, P.C. | 12/29/2011 | Reimburse client for UPS charges for delivery of his documents | $65.47 |
| Detroit MLS | GSKP, P.C. | 2/7/2012 | Delivery Costs - Fedex - Laura K. Mummert, Esq. to Cavendish on 1/20/12 - Return of client documents | $57.55 |
| Detroit MLS | GSKP, P.C. | 3/6/2012 | Delivery Costs - Fedex - Brian D. Penny, Esq. to Russell Lamb - 2/23/12 - Inv. 7-812-41848 | $15.45 |
| Detroit MLS | GSKP, P.C. | 4/3/2012 | Delivery Costs - Fedex - Brian D. Penny, Esq. to Russell Lamb on 3/21/12 - Inv. 7-842-59656 | $21.97 |
| Detroit MLS | GSKP, P.C. | 7/3/2012 | Delivery Costs - Fedex - Brian D. Penny, Esq. to Russell Lamb on 6/28/12 | $15.87 |
| Detroit MLS | GSKP, P.C. | 11/6/2012 | Fedex - Brian D. Penny, Esq. to Russell Lamb - Inv. 2-072-09961 | $17.88 |
| Detroit MLS | GSKP, P.C. | 1/1/2013 | FedEx charges - Brian D. Penny, Esq. to Hon. Stephen J. Murphy - 12/19/12 - Inv. 2-130-9914 dated 1/1/13 | $23.64 |

Total: Delivery/Fedex

$478.91

Activity: Filing Fees

| Client | Attorney | Date | Description | Value |
|--------|----------|------|-------------|-------|
| Detroit MLS | GSKP, P.C. | 11/17/2010 | Prothonotary - Certificate of Good Standing for Brian D. Penny, Esq. | $25.00 |
| Detroit MLS | GSKP, P.C. | 12/10/2010 | Applications for admission to the Michigan Bar for Daniel R. Karon, Esq. and Brian D. Penny, Esq. - Check #4834 - ($200.00 for each attorney) | $400.00 |

Total: Filing Fees

$425.00

Activity: Miscellaneous

| Client | Attorney | Date | Description | Value |
|--------|----------|------|-------------|-------|
| Detroit MLS | GSKP, P.C. | 9/21/2010 | MCM Services Group, LLC - Inv. 21597 dated 9/21/10 | $1,666.68 |
| Detroit MLS | GSKP, P.C. | 9/22/2010 | Business Wire - Consumer Alert - Inv. 3793133 dated 9/22/10 | $285.00 |

| | | | | |
|---|---|---|---|---|
| 8/5/2014<br>11:41 AM | | | Goldman Scarlato Karon & Penny, P.C.<br>Expense Report | Page   3 |

| Client | Attorney | Date | Description | Value |
|---|---|---|---|---|
| Detroit MLS | GSKP, P.C. | 9/28/2010 | Sandy Lesko Communications - Inv. #092810 dated 9/28/10 | $200.00 |
| Detroit MLS | GSKP, P.C. | 2/20/2013 | Real Estate Principles by Floyd and Allen | $129.93 |
| Detroit MLS | GSKP, P.C. | 3/31/2014 | Hayes Messina Gilman & Hayes PLLC - Inv. 211 - Professional services re: expert bill | $2,835.00 |

Total: Miscellaneous

$5,116.61

Activity: O/S Copy Service

| Client | Attorney | Date | Description | Value |
|---|---|---|---|---|
| Detroit MLS | GSKP, P.C. | 1/26/2012 | Reliable East Norriton - Inv. EN 068805 - Scanning and CDs | $201.44 |
| Detroit MLS | GSKP, P.C. | 1/30/2012 | Reliable East Norriton - Inv. EN 069080 - Scanning and CDs | $139.92 |
| Detroit MLS | GSKP, P.C. | 4/18/2012 | Reliable East Norriton - Inv. EN071292 - Scanning and CDs of client documents | $80.58 |

Total: O/S Copy Service

$421.94

Activity: Photocopy

| Client | Attorney | Date | Description | Value |
|---|---|---|---|---|
| Detroit MLS | GSKP, P.C. | 8/31/2010 | Photocopying charges for the month of August 2010 | $42.80 |
| Detroit MLS | GSKP, P.C. | 12/30/2010 | Photocopying charges for the months of November & December 2010 | $0.40 |
| Detroit MLS | GSKP, P.C. | 1/31/2011 | Photocopying charges for the month of January 2011 | $105.80 |
| Detroit MLS | GSKP, P.C. | 6/30/2011 | Photocopying charges for the month of June 2011 | $35.40 |
| Detroit MLS | GSKP, P.C. | 9/30/2011 | Photocopying charges for the month of September 2011 | $17.40 |
| Detroit MLS | GSKP, P.C. | 12/14/2011 | Photocopying charges for the period 11/1/11 - 12/14/11 | $111.80 |
| Detroit MLS | GSKP, P.C. | 2/29/2012 | Photocopying charges for the month of February 2012 | $309.80 |
| Detroit MLS | GSKP, P.C. | 3/31/2012 | Photocopying charges for the month of March 2012 | $18.80 |
| Detroit MLS | GSKP, P.C. | 4/30/2012 | Photocopying charges for the month of April 2012 | $29.20 |
| Detroit MLS | GSKP, P.C. | 9/30/2012 | Photocopying charges for the month of September 2012 | $825.60 |
| Detroit MLS | GSKP, P.C. | 10/31/2012 | Photocopying charges for the month of October 2012 | $442.60 |
| Detroit MLS | GSKP, P.C. | 11/30/2012 | Photocopying/printing charges for the month of November 2012 | $142.40 |
| Detroit MLS | GSKP, P.C. | 12/31/2012 | Photocopying charges for the month of December 2012 | $102.60 |
| Detroit MLS | GSKP, P.C. | 3/31/2013 | Photocopying charges for the month of March 2013 | $13.20 |
| Detroit MLS | GSKP, P.C. | 4/30/2013 | Photocopying charges for the month of April 2013 | $2.40 |

8/5/2014                          Goldman Scarlato Karon & Penny, P.C.
11:41 AM                                  Expense Report                                    Page      4

| Client | Attorney | Date | Description | Value |
|--------|----------|------|-------------|-------|
| Detroit MLS | GSKP, P.C. | 5/31/2013 | Photocopying charges for the month of May 2013 | $27.00 |
| Detroit MLS | GSKP, P.C. | 8/31/2013 | Photocopying charges for the month of August 2013 | $0.60 |
| Detroit MLS | GSKP, P.C. | 1/31/2014 | Photocopying/printing charges for the month of January 2014 | $0.80 |
| Detroit MLS | GSKP, P.C. | 2/28/2014 | Photocopying charges for the month of February 2014 | $1.80 |
| Detroit MLS | GSKP, P.C. | 3/31/2014 | Photocopying charges for the month of March 2014 | $2.40 |
| Detroit MLS | GSKP, P.C. | 6/30/2014 | Photocopying charges for the month of June 2014 | $2.00 |

Total: Photocopy

$2,234.80

**Activity: Postage**

| Client | Attorney | Date | Description | Value |
|--------|----------|------|-------------|-------|
| Detroit MLS | GSKP, P.C. | 11/30/2010 | Postage charges for the month of November 2010 | $0.88 |
| Detroit MLS | GSKP, P.C. | 12/30/2010 | Postage charges for the month of December 2010 | $0.61 |
| Detroit MLS | GSKP, P.C. | 9/30/2011 | Postage charges for the month of September 2011 | $0.44 |
| Detroit MLS | GSKP, P.C. | 1/31/2012 | Postage charges for the month of January 2012 | $3.88 |
| Detroit MLS | GSKP, P.C. | 4/30/2012 | Postage charges for the month of April 2012 | $4.30 |
| Detroit MLS | GSKP, P.C. | 8/31/2012 | Postage charges for the month of August 2012 | $0.45 |
| Detroit MLS | GSKP, P.C. | 10/31/2012 | Postage charges for the month of October 2012 | $0.45 |
| Detroit MLS | GSKP, P.C. | 11/30/2012 | Postage charges for the month of November 2012 | $0.45 |
| Detroit MLS | GSKP, P.C. | 5/31/2014 | Postage charges for the month of May 2014 | $0.48 |
| Detroit MLS | GSKP, P.C. | 6/30/2014 | Postage charges for the month of June 2014 | $1.92 |

Total: Postage

$13.86

**Activity: Prof/Expert**

| Client | Attorney | Date | Description | Value |
|--------|----------|------|-------------|-------|
| Detroit MLS | GSKP, P.C. | 1/10/2012 | GSKP Portion of settlement facilitator's fee - Sent to Barris, Sott, Denn & Driker on 1/10/12 | $875.00 |
| Detroit MLS | GSKP, P.C. | 4/4/2013 | Patrick Lashinsky - Balance due for time and expenses during the period July thru December 2012 | $5,985.00 |

Total: Prof/Expert

$6,860.00

8/5/2014  
11:41 AM

Goldman Scarlato Karon & Penny, P.C.  
Expense Report

Page    5

| Client | Attorney | Date | Description | Value |
|---|---|---|---|---|
| Activity: Research-Pacer | | | | |
| Detroit MLS | GSKP, P.C. | 7/31/2010 | Pacer charges for June 2010 | $14.00 |
| Detroit MLS | GSKP, P.C. | 11/30/2010 | Pacer charges for November 2010 | $1.04 |
| Detroit MLS | GSKP, P.C. | 1/3/2011 | Pacer charges for the month of December 2010 | $3.28 |
| Detroit MLS | GSKP, P.C. | 1/31/2011 | Pacer charges for the month of January 2011 | $2.64 |
| Detroit MLS | GSKP, P.C. | 2/28/2011 | Pacer charges for February 2011 | $2.48 |
| Detroit MLS | GSKP, P.C. | 3/31/2011 | Pacer charges for the month of March 2011 | $3.04 |
| Detroit MLS | GSKP, P.C. | 6/30/2011 | Pacer charges for the month of June 2011 | $9.52 |
| Detroit MLS | GSKP, P.C. | 7/31/2011 | Pacer charges for the month of July 2011 | $4.96 |
| Detroit MLS | GSKP, P.C. | 9/30/2011 | Pacer charges for September 2011 | $3.20 |
| Detroit MLS | GSKP, P.C. | 11/30/2011 | Pacer charges for the month of November 2011 | $0.48 |
| Detroit MLS | GSKP, P.C. | 12/31/2011 | Pacer charges for the month of December 2011 | $1.36 |
| Detroit MLS | GSKP, P.C. | 1/31/2012 | Pacer charges for January 2012 | $7.52 |
| Detroit MLS | GSKP, P.C. | 2/29/2012 | Pacer charges for the month of February 2012 | $1.68 |
| Detroit MLS | GSKP, P.C. | 3/31/2012 | Pacer charges for the month of March 2012 | $2.16 |
| Detroit MLS | GSKP, P.C. | 4/30/2012 | Pacer charges for the month of April 2012 | $0.80 |
| Detroit MLS | GSKP, P.C. | 6/30/2012 | Pacer charges for June 2012 | $9.70 |
| Detroit MLS | GSKP, P.C. | 8/31/2012 | Pacer charges for the months of July & August 2012 | $38.50 |
| Detroit MLS | GSKP, P.C. | 10/31/2012 | Pacer charges for October 2012 | $5.00 |
| Detroit MLS | GSKP, P.C. | 11/30/2012 | Pacer charges for the month of November 2012 | $10.60 |
| Detroit MLS | GSKP, P.C. | 12/31/2012 | Pacer charges for the month of December 2012 | $3.00 |
| Detroit MLS | GSKP, P.C. | 1/31/2013 | Pacer charges for the month of January 2013 | $4.30 |
| Detroit MLS | GSKP, P.C. | 2/28/2013 | Pacer charges for the month of February 2013 | $3.10 |
| Detroit MLS | GSKP, P.C. | 3/31/2013 | Pacer charges for March 2013 | $18.90 |
| Detroit MLS | GSKP, P.C. | 4/30/2013 | Pacer charges for the month of April 2013 | $29.60 |
| Detroit MLS | GSKP, P.C. | 5/31/2013 | Pacer charges for the month of May 2013 | $1.30 |
| Detroit MLS | GSKP, P.C. | 6/30/2013 | Pacer charges for the month of June 2013 | $0.60 |

| 8/5/2014 11:41 AM | | | Goldman Scarlato Karon & Penny, P.C. Expense Report | Page    6 |
|---|---|---|---|---|
| Client | Attorney | Date | Description | Value |
| Detroit MLS | GSKP, P.C. | 7/31/2013 | Pacer charges for the month of July 2013 | $0.70 |
| Detroit MLS | GSKP, P.C. | 8/31/2013 | Pacer charges for the month of August 2013 | $2.20 |
| Detroit MLS | GSKP, P.C. | 9/30/2013 | Pacer charges for the month of September 2013 | $0.20 |
| Detroit MLS | GSKP, P.C. | 11/30/2013 | Pacer charges for the month of November 2013 | $3.30 |
| Detroit MLS | GSKP, P.C. | 12/31/2013 | Pacer charges for the month of December 2013 | $0.60 |
| Detroit MLS | GSKP, P.C. | 1/31/2014 | Pacer charges for the month of January 2014 | $17.60 |
| Detroit MLS | GSKP, P.C. | 2/28/2014 | Pacer charges for February 2014 | $3.00 |
| Detroit MLS | GSKP, P.C. | 5/31/2014 | Pacer charges for the month of May 2014 | $1.60 |

Total: Research-Pacer

$211.96

Activity: Telephone

| Detroit MLS | GSKP, P.C. | 6/8/2011 | Conference Plus - Brian D. Penny, Esq. conference call on 6/7/11 | $34.42 |
|---|---|---|---|---|
| Detroit MLS | GSKP, P.C. | 9/8/2011 | Conference Plus - Inv. 29308221 dated 9/8/11 | $10.83 |
| Detroit MLS | GSKP, P.C. | 2/6/2012 | Conference Plus - Brian D. Penny, Esq. conference call on 2/2/12 - Inv. 30356671 | $15.80 |
| Detroit MLS | GSKP, P.C. | 2/14/2012 | Conference Plus - Brian D. Penny, Esq. conference call on 2/9/12 - Inv. 30408252 | $11.85 |
| Detroit MLS | GSKP, P.C. | 2/15/2012 | Conference Plus - Brian D. Penny, Esq. conference call on 2/14/12 - Inv. 30439193 | $12.41 |
| Detroit MLS | GSKP, P.C. | 6/11/2012 | Conference Plus - Inv. 31227066 - Brian D. Penny, Esq. conference call on 6/5/12 | $13.79 |
| Detroit MLS | GSKP, P.C. | 6/11/2012 | Conference Plus - Inv. 31226453 - Daniel R. Karon, Esq. conference call on 6/5/12 | $18.63 |
| Detroit MLS | GSKP, P.C. | 6/19/2012 | Conference Plus - Brian D. Penny, Esq. conference call on 6/18/12 - Inv. 31314382 | $24.41 |
| Detroit MLS | GSKP, P.C. | 7/13/2012 | Conference Plus - Inv. 31479693 - Brian D. Penny, Esq. conference call on 7/12/12 | $9.84 |
| Detroit MLS | GSKP, P.C. | 7/26/2012 | Conference Plus - Brian D. Penny, Esq. conference call on 7/26/12 - Inv. #31577000 | $6.24 |

Total: Telephone

$158.22

Activity: Transcript

| Detroit MLS | GSKP, P.C. | 6/29/2012 | Transcript Cost - Love Court Reporting - Inv. 51096 - Kelly Sweeney deposition on 6/18/12 | $180.20 |
|---|---|---|---|---|
| Detroit MLS | GSKP, P.C. | 11/2/2012 | Transcript Cost - Transcript of David M. Eisenstadt deposition on 10/12/12 | $2,979.50 |
| Detroit MLS | Penny | 12/11/2012 | Transcript Cost - Merchant Bienenstock Court Reporting, Bingham Farms, MI - Inv. 521833 | $614.00 |

8/5/2014                                  Goldman Scarlato Karon & Penny, P.C.
11:41 AM                                             Expense Report                              Page        7

| Client | Attorney | Date | Description | Value |
|--------|----------|------|-------------|-------|

**Total: Transcript**

$3,773.70

**Activity: Travel & Meals**

| Client | Attorney | Date | Description | Value |
|--------|----------|------|-------------|-------|
| Detroit MLS | Penny | 1/30/2012 | Travel to/from Detroit for mediation - 1/30 - 1/31/12 - Total - $1,166.36 -- Breakdown -- Airfare - $944.60; ground transportation - $168.00; parking - $40.00; meals - $13.76 | $1,166.36 |
| Detroit MLS | Karon | 7/17/2012 | Travel to/from Detroit, MI for plaintiff's deposition - 7/17 - 7/18/12 - Total - $532.79 -- Breakdown -- Personal mileage - $249.87; hotel - $140.12; meals - $142.80 | $532.79 |
| Detroit MLS | Penny | 9/11/2012 | Travel to/from Philadelphia to prepare Lamb for deposition - 9/11/12 - Total $53.64 -- Breakdown - Train fare - $10.00; meals - $43.64 | $53.64 |
| Detroit MLS | Penny | 9/14/2012 | Travel to/from Washington, DC for Lamb Deposition - 9/14/12 - Total $216.15 -- Breakdown - Mileage - $158.00; parking - $24.00; meals $21.20; Internet access - $12.95 | $216.15 |
| Detroit MLS | Penny | 10/11/2012 | Travel to/from Washington, DC for Eisenstadt Deposition - Brian D. Penny and Douglas J. Bench - 10/11 - 10/12/12 - Total - $1,547.75 -- Breakdown -- Train fare - $620.00; ground transportation - $40.31; hotel - $594.04; meals $220.95; Internet service and copies - $72.45 | $1,547.75 |
| Detroit MLS | Bench | 10/12/2012 | Dinner on 10/12/12 | $13.75 |
| Detroit MLS | Penny | 1/2/2013 | Travel to/from Detroit, MI for meeting with Weingarden and O'Keefe - 1/2 - 1/4/13 - Total - $1,115.51 -- Breakdown -- Air fare - $888.60; rental car - $155.71; parking - $40.00; meals - $8.03; gas - $23.17 | $1,115.51 |
| Detroit MLS | Penny | 5/30/2013 | Travel to/from Detroit, MI for mediation conference - 5/30-5/31/13 - Total - $1,051.89 -- Breakdown -- Airfare - $956.96; rental car - $14.17; parking - $50.00; meals - $30.76 | $1,051.89 |
| Detroit MLS | Penny | 10/2/2013 | Travel to/from Detroit, MI for mediation conference - 10/2-3/13 - Total $1,168.70 -- Breakdown -- Air fare - $920.00; ground transportation - $163.93; parking - $55.00; meals - $29.77 | $1,168.70 |
| Detroit MLS | Penny | 8/19/2014 | Travel to/from Detroit, MI for final approval hearing - 8/19/14 - Total - $1,067.42 - Breakdown - Air fare - $986.20; rental car - $81.22 | $1,067.42 |

**Total: Travel & Meals**

$7,933.96

**Grand Total**

$65,659.33

# Barris, Sott, Denn & Driker, P.L.L.C.

211 West Fort Street, Fifteenth Floor
Detroit, Michigan  48226-3281
(313)965-9725
Federal Employer Identification Number 38-1861141

Class Action (RealComp II, Ltd., et al)                                      271871-000001

| | | | |
|---|---|---|---|
| Erica L. Fitzgerald | 123.00 hours at $ | 260.00/hr | 31,980.00 |
| Todd R. Mendel | 31.20 hours at $ | 345.00/hr | 10,764.00 |
| Todd R. Mendel | 1,195.00 hours at $ | 355.00/hr | 424,225.00 |
| Karen E. Merritt | 126.90 hours at $ | 130.00/hr | 16,497.00 |
| Karen E. Merritt | 27.40 hours at $ | 140.00/hr | 3,836.00 |
| Jennifer M. Paris | 125.80 hours at $ | 145.00/hr | 18,241.00 |
| Debbie K. Potter | 2.60 hours at $ | 130.00/hr | 338.00 |
| Michael J. Reynolds | 192.40 hours at $ | 315.00/hr | 60,606.00 |
| Michael J. Reynolds | 132.10 hours at $ | 325.00/hr | 42,932.50 |
| Jane Wagatha | 0.75 hours at $ | 130.00/hr | 97.50 |
| Jane Wagatha | 39.00 hours at $ | 140.00/hr | 5,460.00 |
| Morley Witus | 0.80 hours at $ | 370.00/hr | 296.00 |

| | | | |
|---|---|---|---|
| **Total hours:** | **1,996.95** | | **$615,273.00** |

# Barris, Sott, Denn & Driker, P.L.L.C.

211 West Fort Street, Fifteenth Floor
Detroit, Michigan  48226-3281
(313)965-9725
Federal Employer Identification Number 38-1861141

Class Action (RealComp II, Ltd., et al)                                      271871-000001

| Expenses | | Price |
|---|---|---:|
| | Photocopies  (6,080 pages) | 1216 |
| | Docket expense | 58.38 |
| | Conference calls | 33.39 |
| | Computerized Legal Research | 14262.45 |
| 40442 | Outside Professional Services/Daniel R. Karon | 1666.66 |
| 40450 | Outside Professional Services/Daniel R. Karon | 200 |
| 40461 | ELECTRONIC RESEARCH | 47.45 |
| 40492 | ELECTRONIC RESEARCH | 11.7 |
| 40492 | Filing Fees | 350 |
| 40562 | Copies of Documents | 26 |
| 40921 | Facilitation Fee | 875 |
| 40978 | Natl Archives 72F | 18.75 |
| 40982 | United Parcel Service to BRIAN M. AKKASHIAN | 5.9 |
| 40983 | United Parcel Service to ROBERT J. WOZNIAK | 27.11 |
| 40983 | United Parcel Service to BRIAN D. PENNY, ESQ. | 33.24 |
| 40998 | Reproduction costs | 2923.16 |
| 41022 | United Parcel Service to ROBERT J. WOZNIAK | 27.35 |
| 41022 | United Parcel Service to BRIAN D. PENNY, ESQ. | 36.82 |
| 41025 | United Parcel Service to BRIAN D. PENNY, ESQ. | 32.65 |
| 41025 | United Parcel Service to ROBERT J. WOZNIAK | 25.32 |
| 41029 | Reproduction costs | 1420.97 |
| 41029 | Reproduction costs | 414.25 |
| 41066 | Mileage | 73.1 |
| 41068 | United Parcel Service to BRIAN D. PENNY, ESQ. | 21.25 |
| 41094 | Deposition of Eugene Allan and Deborah Allan | 400 |
| 41096 | United Parcel Service to BRIAN D. PENNY | 21.65 |
| 41101 | Deposition of Keith Landen | 285 |
| 41109 | Deposition Services | 526.75 |
| 41127 | Deposition of Matthew Cavendish | 205 |
| 41137 | Expert fee/GSKP Realcomp Litigation Fund | 10000 |
| 41164 | Expert fee/GSKP Realcomp Litigation Fund | 10000 |
| 41180 | Travel/Hotel/Taxis/Meals for trip to San Francisco, CA | 1162.08 |
| 41194 | Expert fee/GSKP Realcomp Litigation Fund | 9691 |
| 41228 | Court Reporting Services | 559.05 |
| | Angion Group | 7,648.30 |
| | | **Sub-total: $64,305.73** |

Allan, et al., v. Realcomp II, Ltd., et al.
Summary Time Report
Inception - Date

| ATTORNEY OR PARALEGAL | HOURLY RATE | CUMULATIVE HOURS | CUMULATIVE LODESTAR |
|---|---|---|---|
| William H. London (P) | $625.00 | 0.20 | 125.00 |
| Douglas A. Millen (P) | $555.00 | 4.40 | 2,442.00 |
| Douglas A. Millen (P) | $565.00 | 20.30 | 11,469.50 |
| Douglas A. Millen (P) | $590.00 | 3.60 | 2,124.00 |
| Douglas A. Millen (P) | $605.00 | 5.80 | 3,509.00 |
| Douglas A. Millen (P) | $615.00 | 6.40 | 3,936.00 |
| Douglas A. Millen (P) | $625.00 | 2.20 | 1,375.00 |
| Michael E. Moskovitz (P) | $550.00 | 0.70 | 385.00 |
| Robert J. Wozniak (P) | $495.00 | 24.50 | 12,127.50 |
| Robert J. Wozniak (P) | $515.00 | 21.50 | 11,072.50 |
| Robert J. Wozniak (P) | $525.00 | 47.40 | 24,885.00 |
| Robert J. Wozniak (P) | $535.00 | 78.70 | 42,104.50 |
| Robert J. Wozniak (P) | $545.00 | 2.90 | 1,580.50 |
| Donald L. Sawyer (A) | $325.00 | 2.10 | 682.50 |
| Donald L. Sawyer (A) | $340.00 | 0.60 | 204.00 |
| Donald L. Sawyer (A) | $370.00 | 0.90 | 333.00 |
| Marlene S. Khamoo (PL) | $190.00 | 2.00 | 380.00 |
| Marlene S. Khamoo (PL) | $195.00 | 136.70 | 26,656.50 |
| **TOTALS:** | | 360.90 | $145,391.50 |

Partner (P)
Paralegal (PL)
Associate (A)

FREED KANNER LONDON MILLEN LLC

Allan et al v. Realcomp II, Ltd. et al
Detailed Expense Entries
Inception to Date

| Date | Amount | Activity | Description |
|------|--------|----------|-------------|
| 11/30/2010 | $6.64 | Pacer | Pacer research charges for November 2010. |
| 12/31/2010 | $1.18 | Long Distance | Long distance charges |
| 1/31/2011 | $1.84 | Pacer | Pacer charges for January 2011. |
| 2/28/2011 | $1.80 | Photocopies | Copying cost |
| 4/29/2011 | $34.40 | Photocopies | Copying cost- April 2011 |
| 4/29/2011 | $0.72 | Pacer | Pacer charges for April 2011. |
| 6/30/2011 | $10.40 | Photocopies | Copying cost- June 2011 |
| 6/30/2011 | $2.54 | Long Distance | Long distance charges- June 2011 |
| 8/31/2011 | $6.40 | Photocopies | Copying cost- August 2011 |
| 9/30/2011 | $0.77 | Long Distance | Long distance charges |
| 9/30/2011 | $12.60 | Photocopies | Copying cost |
| 1/10/2012 | $875.00 | Case Expense | Settlement Facilitator Fee10395 |
| 1/31/2012 | $5.00 | Photocopies | Copying cost for January 2012 |
| 1/31/2012 | $31.80 | Legal Research | Thomson-Westlaw online research charges for Jan 2012 |
| 2/29/2012 | $67.85 | Postage | Postage- Federal Express charges for Feb., 2012 |
| 2/29/2012 | $1.29 | Long Distance | Long distance charges - February, 2012 |
| 2/29/2012 | $18.60 | Photocopies | Copying cost- February, 2012 |
| 2/29/2012 | $0.48 | Pacer | Pacer research for February, 2012 |
| 3/31/2012 | $13.80 | Photocopies | Copying cost- March, 2012 |
| 3/31/2012 | $0.60 | Pacer | Pacer charges for March, 2012. |
| 4/30/2012 | $43.00 | Photocopies | Copying cost- April, 2012 |
| 4/1/2012 | $28.82 | Postage | Federal express charges for April, 2012 |
| 5/31/2012 | $22.61 | Postage | FEDEX charges for May 2012. |
| 5/31/2012 | $13.60 | Photocopies | Copying cost- May 2012 |
| 5/31/2012 | $0.23 | Long Distance | Long distance charges - May 2012 |
| 7/31/2012 | $5.80 | Photocopies | Copying cost- July 2012 |
| 8/31/2012 | $5.60 | Photocopies | Copying cost- August 2012 |
| 9/4/2012 | $10,737.00 | Case Expense | Assessment10667 |
| 9/30/2012 | $29.16 | Postage | Postage- FedEx September 2012 |
| 10/31/2012 | $1.60 | Pacer | October 2012 pacer charges |
| 11/30/2012 | $1.00 | Pacer | Pacer - November 2012 charges |
| 12/31/2012 | $106.80 | Photocopies | Copying cost- December 2012 |
| 12/31/2012 | $8.90 | Pacer | Pacer charges for December 2012. |
| 12/31/2012 | $902.18 | Legal Research | Thomson-Westlaw online research charges- December 2012 |
| 6/30/2013 | $0.09 | Long Distance | Long distance charges |
| 6/18/2013 | $152.99 | Meals | Dinner with Dan Karon to discuss settlement (DAM) |
| | | | |
| **TOTAL** | **$13,153.09** | | |

IN Re: Allan, et al v. Realcomp II, Ltd., et al;
Case No. 2:10-cv-14046 (E.D. MI)
TIME REPORT

**Firm Name:  REINHARDT WENDORF & BLANCHFIELD**

Reporting Period: Inception through July 2014

| Name | Hours | Rate | Lodestar |
|------|-------|------|----------|
| Reinhardt, Mark (P) | 10.15 | $690-725 | $7,017.50 |
| Blanchfield, Garrett (P) | 108.5 | $615-660 | $69,640.00 |
| Kosek, Shirley (PL) | 1.7 | $215 | $365.50 |

| Totals | 120.35 | | $77,023.00 |

5/30/2014
3:29 PM

Reinhardt Wendorf & Blanchfield
Slip Listing

Page      1

| Selection Criteria |
|---|

| Slip.Transaction Dat | Earliest - 5/30/2014 |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: Detroit/MI MLS |
| Slip.Transaction Typ | 2 - 2 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 163720<br>10/5/2010<br>Billed | EXP<br><br>G:33203 | Disbursements<br>Disbursed to:<br>10/31/2010 Detroit/MI MLS | 1 | 200.00 | 200.00 |
| PR invoice - reimburse Goldman Scarlato | | | | | |
| 163734<br>9/22/2010<br>Billed | EXP<br><br>G:33203 | Disbursements<br>Misc.<br>10/31/2010 Detroit/MI MLS | 1 | 1666.66 | 1666.66 |
| Reimburse Goldman Scarlato for MCM Invoice #<br>21597 (1/3) | | | | | |
| 171904<br>12/30/2011<br>Billed | EXP<br><br>G:33902 | Disbursements<br>Disbursed to:<br>12/31/2011 Detroit/MI MLS | 1 | 875.00 | 875.00 |
| Payment made to Barris, Sott, Denn & Driker for<br>1/4 of $3500 fee | | | | | |
| 175108<br>6/30/2012<br>Billed | EXP<br><br>G:34133 | Disbursements<br>Westlaw<br>6/30/2012 Detroit/MI MLS | 1 | 851.80 | 851.80 |
| usage fees for June 2012 | | | | | |
| 176027<br>8/15/2012<br>Billed | EXP<br><br>G:34207 | Disbursements<br>Assessment<br>8/31/2012 Detroit/MI MLS | 1 | 4004.00 | 4004.00 |
| assessment paid | | | | | |
| 181728<br>7/1/2013<br>Billed | EXP<br><br>G:34635 | Disbursements<br>PACER<br>7/31/2013 Detroit/MI MLS | 1 | 56.10 | 56.10 |
| usage fees 4/1-6/30/13 | | | | | |

| Grand Total | | | | | |
|---|---|---|---|---|---|
| | | Billable | 0.00 | | 7653.56 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.00 | | 7653.56 |

# ADVANCED ANALYTICAL
## CONSULTING GROUP

**Statement**

211 Congress Street
Boston, MA 02110

1/28/2014

Bill To

Goldman Scarlatto and Karon
Attn: Brian D. Penny, Esq.
101 E. Lancaster Avenue
Suite 204
Wayne, PA 19087

| Phone # | Fax # |
|---|---|
| (617) 338-2224 | (617) 338-8224 |

| Web Site |
|---|
| www.AACG.com |

| Amount Due | Amount Enc. |
|---|---|
| $256,664.86 | |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 01/01/2012 | Balance forward | | 0.00 |
| | | | |
| | Detroit MLS- | | |
| 04/13/2012 | INV #MLS04132012. Due 05/13/2012. | 66,421.25 | 66,421.25 |
| 06/18/2012 | INV #MLS06182012. Due 07/18/2012. | 18,247.50 | 84,668.75 |
| 09/06/2012 | INV #MLS09062012. Due 10/06/2012. | 132,245.35 | 216,914.10 |
| 10/22/2012 | PMT Partial Payment | -75,000.00 | 141,914.10 |
| 11/30/2012 | INV #MLS11302012. Due 12/30/2012. | 114,750.76 | 256,664.86 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 256,664.86 | $256,664.86 |

EXHIBIT B

Angelon Group
1801 Market Street
Suite 660
Philadelphia, PA 19103-1628
Phone 215-563-4116
Fax 215-563-8839
cwalsh@angeiongroup.com

**AG | ANGEION GROUP**

| | Date | 1/31/2014 |
|---|---|---|
| | Number | NY000019 |

**Sold To:**
Brian Penny, Esq.
Goldman Scarlato Penny & Karon
101 E. Lancaster Ave., Suite 204
Wayne, PA 19087

**Ship To:**
Brian Penny, Esq.
Goldman Scarlato Penny & Karon
101 E. Lancaster Ave., Suite 204
Wayne, PA 19087

| Customer ID | Detroit MLS |
|---|---|
| Our Order No. | NY000019 |
| Terms | Net 30 Days |
| Due Date | 2/28/2014 |

| Client No./PO No | Detroit MLS |
|---|---|
| P.O. Date | |
| Ordered By | Brian Penny, Esq. |

| | UOM | Unit | Cost | Price |
|---|---|---|---|---|
| Process mailing list submitted electronically | 6 | Per hour | 150 | $ 900.00 |
| Submit file to NCOA –set up fee (Standardize address formats for postal discounts) | 1 | Min. charge | 275 | $ 275.00 |
| Skip-tracing | 14911 | Traces | 0.3 | $ 4,473.30 |
| Deed Search | 1 | Each | 2000 | $ 2,000.00 |

| | |
|---|---|
| Subtotal: | $ 7,648.30 |
| Sales Tax: | $ - |
| Payments/Credit Applied: | $ - |
| **Total Due:** | **$ 7,648.30** |

**ANGEION GROUP**

Angeion Group
1801 Market Street
Suite 660
Philadelphia, PA 19103-1628
Phone 215-563-4116
Fax 215-563-8839
cwalsh@angeiongroup.com

| Date | 6/4/2014 |
|---|---|
| Number | NY000069 |

**Sold To:**
Brian Penny, Esq.
Goldman Scarlato Penny & Karon
101 E. Lancaster Ave., Suite 204
Wayne, PA 19087

**Ship To:**
Brian Penny, Esq.
Goldman Scarlato Penny & Karon
101 E. Lancaster Ave., Suite 204
Wayne, PA 19087

| Customer ID | Detroit MLS |
|---|---|
| Our Order No. | NY000069 |
| Terms | Payment Upon Receipt of Invoice |
| Due Date | 6/6/2014 |

| Client No./PO No | Detroit MLS |
|---|---|
| P.O. Date | |
| Ordered By | Brian Penny, Esq. |

| | UOM | Unit | Cost | Price |
|---|---|---|---|---|
| **Printing and Mailing Notice** | | | | |
| Set up, formatting and proofing the notice | | 1 One time charge | 500 | $ 500.00 |
| Print Notice & Claim Form–Notice is 3 pages double sided, plus 1 page claim form, return envelope w/BRM) 1 | | 64131 Notices | 0.375 | $ 24,049.00 |
| Postage for notice mailing (estimated pre-sort discount rate) | | 64131 Notices | 0.3820731 | $ 24,502.73 |
| Return postage (Business Reply Mail) - Based upon 25% response rate | | 16033 Per Claim Returned | 0.58 | $ 9,299.14 |
| | | | | |
| | | | | |
| **Call Center Requirements** | | | | |
| Set-up and design of IVR (English only) | | 1 One-Time Fee | 1500 | $ 1,500.00 |
| | | | | |
| | | | | |
| **Media Campaign - AG Media Group** | | | | |
| Detroit Free Press (2 columns x 4 inches deep) | | 1 Per Placement | 6950 | $ 6,950.00 |

| | |
|---|---|
| Subtotal: | $ 66,800.87 |
| Sales Tax: | $ - |
| Payments/Credit Applied: | |
| **Total Due:** | **$ 66,800.87** |

Angeion Group
1801 Market Street
Suite 660
Philadelphia, PA 19103-1628
Phone 215-563-4116
Fax 215-563-8839
cwalsh@angeiongroup.com

**AG | ANGEION GROUP**

| | | | Date | 6/30/2014 |
| | | | Number | NY000097 |

Sold To:
Brian Penny, Esq.
Goldman Scarlato Penny & Karon
101 E. Lancaster Ave, Suite 204
Wayne, PA 19087

Ship To:
Brian Penny, Esq.
Goldman Scarlato Penny & Karon
101 E. Lancaster Ave, Suite 204
Wayne, PA 19087

| | |
|---|---|
| Customer ID | Detroit MLS |
| Our Order No. | NY000097 |
| Terms | Payment Upon Receipt of Invoice |
| Due Date | 7/30/2014 |

| | |
|---|---|
| Client No./PO No | Detroit MLS |
| P.O. Date | |
| Ordered By | Brian Penny, Esq. |

| | UOM | Unit | Cost | Price |
|---|---|---|---|---|
| **Case or Project Management Fee** | | | | |
| Fee Includes case set-up costs, management fees and other applicable fees | | 1 One-Time Fee | 5500 | $ 5,500.00 |
| | | | | |
| Set up, formatting and proofing the notice | | 1 One-Time Charge | 500 | $ 500.00 |
| | | | | |
| **Processing Undeliverable Notices** | | | | |
| Process Notices returned as undeliverable- Assuming 5% undeliverable of initial mailing | | 8114 notices | 0.75 | $ 6,085.50 |
| Address Verification ( Skip-tracing) | | 629 traces | 0.3 | $ 188.70 |
| | | | | |
| Re-mail a returned Notice to a new address (includes pieces w/forwarding address, excludes postage) | | 844 notices | 0.59 | $ 497.96 |
| Postage for remailing returned Notice to new address | | 844 notices | 0.48 | $ 405.12 |
| | | | | |
| Return postage (Business Reply Mail) - June 2014 | | 1042 Per Claim Returned | 0.58 | $ 604.36 |
| | | | | |
| **Processing Notice Request and Correspondence** | | | | |
| Receive and respond to requests for Notice (includes printing of notice and data entry) | | 2 Per Notice | 1.31 | $ 2.62 |
| Email correspondence with class members | | Per Email | 1 | $ - |
| Special Letter | | 2 Letter | 5 | $ 10.00 |
| Postage for claimant responses & request for Notice | | 4 | 0.48 | $ 1.92 |
| | | | | |
| **Website Requirements** | | | | |
| Monthly maintenance/mothly hosting | | 1 Mothly | 175 | $ 175.00 |
| | | | | |
| **Call Center Requirements** | | | | |
| *IVR Operating system- 10% of class members @ 3 minutes per call | | 1384 Per Minute | 0.27 | $ - |

| | | | | |
|---|---|---|---|---|
| Monthly Maintenance Fee - $600.00 if minimum IVR charges are not met (AG will monitor call volume) | 1 | Per Month | 600 | $ 600.00 |
| **Angelon Reporting Requirements** | | | | |
| Administrative services for drafting court documents, affidavits and weekly status reports to counsel | 2 | Hours | 150 | $ 300.00 |
| Hard Copy Claim Forms (June 2014) | 1142 | Claims | 4 | $ 4,568.00 |
| **Other Relevant Costs** | | | | |
| Scanning of all documents | 10544 | per page | 0.03 | $ 316.32 |
| Document Storage (estimated for 12 months) (estimate 2500 documents per bankers box) | 22 | per box/month | 1.1 | $ 290.40 |
| Image Storage (estimated for 12 months) | 10544 | per image/month | 0.00165 | $ 208.80 |

Subtotal:                        $ 22,754.70
Sales Tax:                       $      57.09
Payments/Credit Applied:         $         -
**Total Due:**                   **$ 22,811.79**

**AG | ANGEION GROUP**

Angeion Group
1801 Market Street
Suite 660
Philadelphia, PA 19103-1628
Phone 215-563-4116
Fax 215-563-8839
cwalsh@angeiongroup.com

| Date | Number |
|---|---|
| 7/18/2014 | NY000113 |

**Sold To:**
Brian Penny, Esq.
Goldman Scarlato Penny & Karon
101 E. Lancaster Ave., Suite 204
Wayne, PA 19087

**Ship To:**
Brian Penny, Esq.
Goldman Scarlato Penny & Karon
101 E. Lancaster Ave., Suite 204
Wayne, PA 19087

| Customer ID | Detroit MLS |
|---|---|
| Our Order No. | NY000113 |
| Terms | Payment Upon Receipt of Invoice |
| Due Date | 8/17/2014 |

| Client No./PO No | Detroit MLS |
|---|---|
| P.O. Date | |
| Ordered By | Brian Penny, Esq. |

| | UOM | Unit | Cost | Price |
|---|---|---|---|---|
| **Project Management Fee** | | | | |
| Set-up, formatting and design of the Postcard Reminder Notice and project management fee for the Postcard Reminder Notice | | 1 | | $ 750.00 |
| **Printing and mailing of Postcard Reminder Notice** | | | | |
| Print Postcard Reminder Notice | Each | 54449 | 0.16 | $ 8,711.84 |
| Postage for Postcard Reminder Notice | Each | 54449 | 0.253251 | $ 13,789.26 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| Subtotal: | $ 23,251.10 |
| Sales Tax: | $ - |
| Payments/Credit Applied: | $ - |
| Total Due: | $ 23,251.10 |

**AG | ANGEION GROUP**

Angeion Group
1801 Market Street
Suite 660
Philadelphia, PA 19103-1628
Phone 215-563-4116
Fax 215-563-8839
cwalsh@angeiongroup.com

| | Date | 7/23/2014 |
|---|---|---|
| | Number | NY000114 |

**Sold To:**
Brian Penny, Esq.
Goldman Scarlato Penny & Karon
101 E. Lancaster Ave., Suite 204
Wayne, PA 19087

**Ship To:**
Brian Penny, Esq.
Goldman Scarlato Penny & Karon
101 E. Lancaster Ave., Suite 204
Wayne, PA 19087

| Customer ID | Detroit MLS | Client No./PO No | Detroit MLS |
|---|---|---|---|
| Our Order No. | NY000114 | P.O. Date | |
| Terms | Payment Upon Receipt of Invoice | Ordered By | Brian Penny, Esq. |
| Due Date | 7/23/2014 | | |

| | UOM | Unit | Cost | Price |
|---|---|---|---|---|
| C&G Newspapers Wayne County (Includes:Advertiser Times, Eastside Shopper, Grosse Pinte Times) | 2/3 Page Site 4C(7.569") X 7.97" | | | $ 8,337.28 |
| C&G Newspapers Oakland County (Includes: Birmingham-Bloomfield Eagle, Farmington Press, Madison-Park News, Rochester Post, Royal Oak Review, Southfield Sun, Troy Times, West Bloomfield Beacon, Woodward Talk) | 2/3 Page Site 4C(7.569") X 7.97" | | | $ 8,111.41 |
| C&G Newspapers - Macomb County (included in Wayne and Oakland County pricing | | | | N/A |
| Linvington Country Daily Press & Argus | Daily | | | $ 678.70 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| Subtotal: | $ 17,127.39 |
| Sales Tax: | $          - |
| Payments/Credit Applied: | $          - |
| **Total Due:** | **$ 17,127.39** |