UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENE ALLAN, et al.,

    Plaintiffs,

v.

Case No. 10-cv-14046

HONORABLE STEPHEN J. MURPHY, III

REALCOMP II, LTD., et al.,

    Defendants.
_____/

## ORDER OF ADMINISTRATIVE CLOSURE

The parties have agreed to settle this case. *See* Settlement Agreement, ECF No. 222-2. The Court has approved the Settlement Agreement under Civil Rule 23. Under the terms of the Settlement Agreement, the common fund of $3.25 million will not be fully funded until April 30, 2015, and the claims administrator must verify the validity of the received claims before final distribution. *Id.* at 9. Once completed, the parties will file a motion for distribution of the settlement funds. This order administratively closes the case while the parties fill the common fund and verify the claims. The closure is for administrative purposes only. The case will be reinstated when the motion for final distribution is filed, or on motion of either party without the need to show cause.

### ORDER

**WHEREFORE** it is hereby **ORDERED** that the case is **CLOSED** for administrative purposes pending the motion for final distribution.

**SO ORDERED**.

                              s/Stephen J. Murphy, III
                              STEPHEN J. MURPHY, III
                              United States District Judge

Dated: September 4, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 4, 2014, by electronic and/or ordinary mail.

          s/Carol Cohron
          Case Manager